JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALI WENDELL WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>W. L. MONTGOMERY,<br>Warden,<br><br>    Respondent. | Case No. CV 14-09168-CJC (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: May 27, 2016

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE